UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CSI Investment Partners II, L.P., CIS Acquisition
Partners, L.P., Canterbury Mezzanine Capital, L.P.,
David C. Thompson, M. Gerard Keehan, Vineet
Pruthi, Donald J. Shea, James M. Rothe, Michael
Cossel, John J. Adams, Robert E. Richardson, Marilyn
Schwartz, and Charles Caudle,

                            Plaintiffs,        00 Civ. 01422 (DAB)

            - against -           **ORDER DISCHARGING**
                                    **SUPERSEDEAS BOND NO. 6519618**

Cendant Corporation, Henry Silverman, Samuel
Katz, and Cosmo Corigliano,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Cendant Corporation,

                          Counterclaim-Plaintiff,

            - against -

CSI Investment Partners II, L.P., CIS Acquisition
Partners, L.P., Canterbury Mezzanine Capital, L.P.,
David C. Thompson, M. Gerard Keehan, Vineet
Pruthi, Donald J. Shea, James M. Rothe, Michael
Cossel, John J. Adams, Robert E. Richardson, Marilyn
Schwartz, and Charles Caudle,

                          Counterclaim-Defendants,

      -and-

Tonya Carmichael, Lincolnshire Equity, Inc., Lincoln-
shire Management, Inc., Steve Kumble, and Thomas J.
Maloney,

                          Additional Counterclaim-Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 16th day of May,

2008 in favor of Plaintiffs CSI Investment Partners II, L.P., CIS Acquisition Partners, L.P.,

Canterbury Mezzanine Capital, L.P., David C. Thompson, M. Gerard Keehan, Vineet Pruthi,

Donald J. Shea, James M. Rothe, Michael Cossel, John J. Adams, Robert E. Richardson, Marilyn

Schwartz, and Charles Caudle, and against Defendant Cendant Corporation in the amount of

$97,847,513.29 plus (i) interest from the 16th day of May, 2008, and (ii) attorneys' fees

according to the Court's September 7, 2007 Decision and Order;

WHEREAS, Realogy Corporation ("Realogy"), as Principal, and Safeco Insurance

Company of America ("Safeco"), as Surety, with an office and usual place of business at Safeco

Plaza, 1001 4th Avenue, Suite 1700, Seattle, Washington 98185, filed a bond no. 6519618 in the

amount of $67,881,712.34 (the "Realogy Bond") during the pendency of appeal of the judgment;

WHEREAS, the appeal having been concluded and the parties having agreed that

$62,101,767.60 due under the judgment has been paid, including post-judgment interest through

July 23, 2009; and

WHEREAS, the parties have executed and filed a Partial Satisfaction of

Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED that, subject to and in

accordance with the Realogy Stipulation and Order dated July 21, 2009, (i) the Realogy Bond

(Docket No. 233) be and hereby is discharged and released, and (ii) Realogy and its respective

parents, affiliates, and subsidiaries are hereby released from any and all past, present, and future

liability under said bond, and the Clerk of the Court is directed either to return the bond to

Defendants' counsel forthwith or to stamp the bond as "CANCELLED." This Order shall in no

2

way affect or discharge Plaintiffs' claim for attorneys' fees pursuant to this Court's September 7,

2007 decision and order.


Dated: New York, New York
      July ___, 2009

                                           _____
                                           Hon. Deborah A. Batts
                                           United States District Judge


         We consent to the entry of the foregoing Order without further notice.

O'SHEA PARTNERS LLP                         O'MELVENY & MYERS LLP


By:_____            By:_____
   Sean F. O'Shea                                Jonathan Rosenberg
521 Fifth Avenue, 25th Floor                 7 Times Square
New York, New York  10175                New York, New York  10036
Tel:  (212) 682-4426                           Tel:  (212) 326-2000
Fax:  (212) 682-4437                        Fax:  (212) 326-2061
soshea@osheapartners.com                jrosenberg@omm.com

*Attorneys for Plaintiffs CSI Investment*     *Attorneys for Defendants Cendant*
*Partners II, L.P., CIS Acquisition Partners,*   *Corporation, Henry Silverman, and Samuel*
*L.P., Canterbury Mezzanine Capital, L.P.,*     *Katz*
*David C. Thompson, M. Gerard Keehan,*
*Vineet Pruthi, Donald J. Shea, James M.*
*Rothe, Michael Cossel, John J. Adams, Robert*
*E. Richardson, Marilyn Schwartz, and Charles*
*Caudle*

way affect or discharge Plaintiffs' claim for attorneys' fees pursuant to this Court's September 7,

2007 decision and order.


Dated: New York, New York
     July ___, 2009

Hon. Deborah A. Batts
United States District Judge

We consent to the entry of the foregoing Order without further notice.

O'SHEA PARTNERS LLP

By: _____
    Sean F. O'Shea
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel: (212) 682-4426
Fax: (212) 682-4437
soshea@osheapartners.com

*Attorneys for Plaintiffs CSI Investment*
*Partners II, L.P., CIS Acquisition Partners,*
*L.P., Canterbury Mezzanine Capital, L.P.,*
*David C. Thompson, M. Gerard Keehan,*
*Vineet Pruthi, Donald J. Shea, James M.*
*Rothe, Michael Cossel, John J. Adams, Robert*
*E. Richardson, Marilyn Schwartz, and Charles*
*Caudle*

O'MELVENY & MYERS LLP

By: _____
    Jonathan Rosenberg
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com

*Attorneys for Defendants Cendant*
*Corporation, Henry Silverman, and Samuel*
*Katz*

3