UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CSI INVESTMENT PARTNERS II, L.P., et al.,

Plaintiffs,

-against-                                          00 Civ. 1422
                                                   ORDER
CENDANT CORPORATION, et al.,
                Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

As the pending Application for Attorneys' Fees and Expenses has now been referred to Magistrate Judge Debra Freeman for a determination, the Parties are HEREBY ORDERED to provide a copy of all papers related to the Application directly to Judge Freeman at a time and manner convenient to Judge Freeman. This includes the November 23, 2009 letter request and response from the parties.

SO ORDERED.

DATED:   New York, New York
         January 4, 2010

                                         Deborah A. Batts
                                         United States District Judge